No. 93–1084.  DiMICCO v. CITY OF NEW YORK ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 93–1089.  KERNAN ET AL. v. TANAKA, ADMINISTRATIVE DIRECTOR OF THE COURTS OF HAWAII.  Sup. Ct. Haw.  Certiorari denied.

No. 93–1093.  MURR v. UNITED STATES;
No. 93–6682.  ROJAS v. UNITED STATES;
No. 93–6725.  WHITED v. UNITED STATES;
No. 93–6777.  HUCKELBY v. UNITED STATES; and
No. 93–7347.  PHIBBS v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 93–1096.  HUTSELL v. SAYRE.  C. A. 6th Cir.  Certiorari denied.

No. 93–1100.  BRADLEY v. UNIVERSITY OF TEXAS, M. D. ANDERSON CANCER CENTER, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 93–1104.  NORDELL INTERNATIONAL RESOURCES, LTD. v. TRITON INDONESIA, INC., ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 93–1139.  HERNANDEZ v. SUPERINTENDENT, FREDERICKSBURG RAPPAHANOCK JOINT SECURITY CENTER.  C. A. 4th Cir.  Certiorari denied.

No. 93–1210.  LePRINCE v. BOARD OF TRUSTEES, TEACHERS' PENSION AND ANNUITY FUND.  Super. Ct. N. J., App. Div.  Certiorari denied.

No. 93–6046.  THOMPSON v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 93–6248.  RICHARDSON v. GRAMLEY, WARDEN, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 93–6261.  MCMANUS ET AL. v. HOUSING AUTHORITY OF THE CITY OF ENGLEWOOD ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 93–6305.  KARAS ET AL. v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.